*Bryant, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ANDREW WEISS,                         :
                                      :
               Plaintiff,            :    08-Civ-02989 (CLB) (MDF)
                                      :
      - against -                    :
                                      :
CIGNA LIFE INSURANCE COMPANY OF       :    **STIPULATION**
NEW YORK                              :
                                      :
               Defendants.           :
                                      :
                                      :
                                      :
------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint be extended up to and including May 5, 2008.

    IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, and facsimile copies of signatures may be considered original signatures.

Dated:   White Plains, New York
           April 8, 2008

By: _____        By: _____
Matthew D. Donovan (MD-2940)          Justin C. Frankel (JF-5983)
Wilson Elser LLP                      Frankel & Newfield, P.C.
*Attorneys for Defendant*             *Attorneys for Plaintiff*
3 Gannett Drive                       585 Stewart Ave., Suite 312
White Plains, NY 10604                Garden City, NY 11530
Phone (914) 323-7000                  Phone (516) 222-1600

SO ORDERED

1858310.1

_____             DATED:
Charles L. Brieant
U.S.D.J.