UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREW WEISS, :

                    Plaintiff, :     08-Civ-2989 (CLB) (MDF)

       - against - :

CIGNA LIFE INSURANCE COMPANY OF NEW :     **RULE 7.1 STATEMENT**
YORK,
                                  :
                    Defendant.
                                  :

                                  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant CIGNA Life Insurance Company of New York (CLICNY) certifies the following:

      CLICNY is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings.  CIGNA Holdings is a wholly owned subsidiary of CIGNA Corporation.

Dated:    White Plains, New York
            May 5, 2008

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By:   ___/s/ Matthew D. Donovan___
                              Matthew D. Donovan (MD 2940)
                              Fred. N. Knopf (FNK 4625)
                              3 Gannett Drive
                              White Plains, NY 10604
                              Phone (914) 323-7000
                              Facsimile (914) 323-7001

1971960.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 5, 2008, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        /s/ Matthew D. Donovan
        Matthew D. Donovan (MD 2940)
        3 Gannett Drive
        White Plains, New York 10604-3407
        Phone (914) 323-7000
        Facsimile (914) 323-7001

1971960.1