UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- x
ANDREW WEISS,                              :

                Plaintiff,    :    08 Civ. 2989 (CLB) (MDF)

     - against -                          :

                                 **Notice of Appearance**

CIGNA LIFE INSURANCE COMPANY OF NEW       :
YORK,
                                      :

                Defendant.     :

                                      :
------------------------------------------- x

      PLEASE TAKE NOTICE that Defendant CIGNA Life Insurance Company of New York appears in the above-captioned action by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and demands that all pleadings, notices, motions, and legal documents served in connection with this action be served upon counsel.

Dated :   White Plains, New York
          May 5, 2008

                                  CIGNA LIFE INSURANCE COMPANY
                                  OF NEW YORK

                                  By: __/s/Fred N. Knopf_____

                                  Fred N. Knopf  (FNK 4625)
                                  WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP
                                  3 Gannett Drive
                                  White Plains, NY 10604
                                  Telephone:  (914) 323-7000

## CERTIFICATE OF SERVICE

I certify that on May 5, 2008, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Fred N. Knopf_____
Fred N. Knopf  (FNK 4625)
3 Gannett Drive
White Plains, New York 10604-3407
Phone (914) 323-7000
Facsimile (914) 323-7001

1971958.1