# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604-3407
Tel: 914.323.7000   Fax: 914.323.7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

May 20, 2008

**BY FACSIMILE (914) 390-4085**
**AND REGULAR MAIL**

Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10007

Re: *Andrew Weiss v. CIGNA Life Insurance Company of New York*, 08 ~~Civ. 2928 (CLB) (MDF)~~   08-2989(C1B)
Our File No.: 09856.00166

Dear Judge Brieant,

We represent CIGNA Life Insurance Company of New York (CLICNY) in the referenced matter, and we write on behalf of both CLICNY and counsel for Plaintiff Andrew Weiss.

During the required Rule 26(f) conference, held on May 9, 2008, counsel for both parties jointly proposed mediating this matter as soon as practicable and requesting an adjournment of the Rule 16 conference before Your Honor, currently scheduled for May 30, 2008, to be rescheduled when and if the mediation proves unsuccessful. While we acknowledge that requests for adjournment and extensions of time are generally not favored by Your Honor, we believe that our request, if granted, will advance the resolution of the litigation.

We therefore respectfully request an adjournment of the Rule 16 conference to a date to be determined, subject to the results of the parties' mediation session(s). Of course, we will keep the Court informed regarding the date and status of the session(s), which we are presently attempting to schedule for the last week in June 2008.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Matthew D. Donovan

Cc: Justin C. Frankel, Esq.
Frankel & Newfield, P.C.
585 Stewart Ave., Suite 312
Garden City, NY 11530
Fax: (516) 222-0513

1993219.1