# FN FRANKEL & NEWFIELD, P.C.

ATTORNEYS AT LAW

Justin C. Frankel*
Jason A. Newfield*

*Admitted in NY, CT and PA

585 Stewart Avenue
Suite 312
Garden City, NY 11530
Tel: (516) 222-1600
Fax: (516) 222-0513
www.frankelnewfield.com

August 12, 2008

**VIA FACSIMILE ONLY**

Fred Knopf, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604

Re: Andrew Weiss v. CIGNA Life Insurance Company of New York
U.S.D.C., S.D.N.Y. 08 CV 2989 (CS)

Dear Fred,

Please be advised that the Court has notified us that the above referenced case has been re-assigned to the Honorable Cathy Seibel. Judge Seibel will be sitting in the U.S. Courthouse in White Plains, N.Y.

Please further note that the Court has scheduled and Initial Conference in this matter for **September 5, 2008 at 9:30 a.m.**

If you have any questions, please do not hesitate to contact me.

Very truly yours,

FRANKEL & NEWFIELD, P.C.

By: Justin C. Frankel

JCF:jpm

cc: Ms. Alice Cama (Judge Seibel's Courtroom Clerk)
Via Facsimile 914-390-4085

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____